

Anthony C. Porcelli
(312) 873-3629
aporcelli@polsinelli.com

161 N. Clark Street, Suite 4200
Chicago, IL 60601
(312) 819-1900
Facsimile: (312) 819-1910
www.polsinelli.com

June 15, 2010

**By ELECTRONIC MAIL:**
vallas@wildman.com

David P. Vallas.
Wildman, Harrold, Allen & Dixon, LLP
225 W. Wacker Drive
Chicago, IL 60606-1229

    Re:   *R.A. Bright Construction, Inc. v. Arch Insurance Co.,* Case No.: 07cv5060 (N.D. Il)

Dear Mr. Vallas:

    As you know, we represent TCF National Bank ("TCF"). We received Arch Insurance Company's ("Arch") Motion to Dismiss or, in the Alternative to Join TCF as the Real Party-in-Interest, filed on June 10, 2010 ("Motion"). Although TCF disagrees with Arch's position that TCF should be named the real party in interest in the above-referenced litigation, enclosed is TCF's Ratification Agreement in which TCF preserves its lien rights to the proceeds of the above-referenced litigation, ratifies the litigation proceeding in the name of R.A. Bright Construction, Inc., agrees that it will be bound by any settlement and release of Arch that is reviewed by and approved by TCF, and agrees not to file an action against Arch arising out of the same operative facts as the above-referenced matter. As a result or this ratification, Arch will not and cannot be exposed to multiple suits based on the same claim or set of operative facts.

    Pursuant to Federal Rule of Civil Procedure 17(a)(3), the enclosed ratification moots Arch's motion. Accordingly, we request that you withdraw the Motion as moot and confirm this withdrawal at your earliest convenience.

Very truly yours,

*[signature]*

Anthony C. Porcelli

Enclosure
cc: Steven E. Danekas (by e-mail, w/ encl.)

Chicago   Kansas City   St. Louis   Denver   Phoenix   Washington, DC   New York   Wilmington DE

90728.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R.A. BRIGHT CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 07cv6026 |
| ARCH INSURANCE COMPANY, | ) | |
| Defendant, | ) | (related to) |
| ARCH INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | Case No.: 07cv5060 |
| v. | ) | |
| R.A. BRIGHT CONSTRUCTION, INC., | ) | |
| Defendant. | ) | |

## RATIFICATION AGREEMENT

1. At all times relevant hereto including, but not limited to, from at least September 7, 2007 through the present, TCF National Bank ("**TCF**") was and remains a secured creditor of R.A. Bright Construction, Inc. ("**Bright**").

2. Pursuant to that Consent to Turnover and Forbearance Agreement, dated April 7, 2010, and the Amendment thereto, dated May 25, 2010 and effective as of April 7, 2010, TCF has a lien on all of Bright's proceeds from the lawsuit, *R.A. Bright Construction, Inc. v. Arch Insurance Co.*, Case No. 07cv6026 ("**Bright Litigation**") in partial satisfaction of the amounts Bright owes to TCF.

90646.1

3. TCF expressly authorizes, approves of and ratifies the Bright Litigation proceeding in the name of Bright.

4. In the event of any judgment, verdict and/or recovery by Bright obtained or otherwise received in the Bright Litigation that determines liability and/or damages, TCF expressly agrees that it will not institute a separate action against Arch Insurance Company and waives any right to file a direct action against Arch Insurance Company arising out of the same operative facts and events that gave rise to the Bright Litigation.

5. In the event of any settlement of the Bright Litigation, TCF will be bound by any release by Bright of Arch Insurance Company that is executed with the review and approval of TCF.

6. TCF reserves its lien and credit rights to the proceeds of the Bright Litigation.

Dated this 15th of June, 2010.

TCF National Bank

By: _William B. Weall_
WILLIAM B. WEALL, VICE PRESIDENT