April 7, 2010 Final

# EXHIBIT E

# (TOLLING AGREEMENT)

85899.7

E-1

CONFIDENTIAL

TCF001035

## TOLLING AGREEMENT

This Tolling Agreement is made as of April 7, 2010 by and among R.A. Bright Construction, Inc., an Illinois corporation ("**Bright Construction**"); Bright Cartage, Inc., an Illinois corporation ("**Bright Cartage**"); R.A. Bright General Contractors, LLC, an Illinois limited liability company ("**Bright Contractors**"); Fox Valley View, Inc., an Illinois corporation ("**Fox Valley**"); Meadowview Development, Inc., an Illinois corporation ("**Meadowview**"); Robert A. Bright ("**Guarantor**" and, together with Bright Construction, Bright Cartage, Bright Contractors, Fox Valley, and Meadowview, "**Bright Parties**" or individually a **"Bright Party"**) and (v) TCF National Bank, a national banking association ("**Lender**"). Bright Parties and Lender are sometimes collectively referred to herein as the "**Parties**."

WHEREAS, Lender has asserted claims against the Bright Parties in the following cases:

1) A Verified Complaint in Replevin by TCF National Bank v. R.A. Bright Construction, Inc., *et al.*, Case No. 09 L 00852, pending in the Circuit Court for the Twelfth Judicial Circuit, Will County, Illinois ("**Replevin Action**");

2) A Complaint for Breach of Contract by TCF National Bank v. R.A. Bright Construction, Inc., *et al.*, Case No. 09-cv-06314, pending in the United States District Court for the Northern District of Illinois, Eastern Division;

3) A Verified Complaint for Mortgage Foreclosure (Group 1) by TCF National Bank v. Fox Valley View, Inc., *et al.*, Case No. 09 CH 1104, pending in the Circuit Court of the Sixteenth Judicial Circuit, Kendall County, Illinois;

4) A Verified Complaint for Mortgage Foreclosure (Group 2) by TCF National Bank v. Fox Valley View, Inc., *et al.*, Case No. 09 CH 1105, pending in the Circuit Court of the Sixteenth Judicial Circuit, Kendall County, Illinois;

5) A Verified Complaint for Mortgage Foreclosure (Group 3) by TCF National Bank v. Fox Valley View, Inc., *et al.*, Case No. 09 CH 1103, pending in the Circuit Court of the Sixteenth Judicial Circuit, Kendall County, Illinois;

6) A Verified Complaint for Mortgage Foreclosure (Group 4) by TCF National Bank v. Fox Valley View, Inc., *et al.*, Case No. 09 CH 1141, pending in the Circuit Court of the Sixteenth Judicial Circuit, Kendall County, Illinois; and

CONFIDENTIAL     TCF001036

7) A Verified Complaint for Mortgage Foreclosure (Group 5) by TCF National Bank v. Fox Valley View, Inc., *et al.*, Case No. 09 CH 1140, pending in the Circuit Court of the Sixteenth Judicial Circuit, Kendall County, Illinois (together, the "**Bright Parties Litigation**");

WHEREAS, Lender has advised the Bright Parties that it is investigating, and may assert additional claims against the Bright Parties;

WHEREAS, pursuant to the terms of the Consent to Turnover and Forbearance Agreement, dated April 7, 2010 ("**Turnover Agreement**"), Lender is willing to dismiss without prejudice the Bright Parties Litigation and defer the prosecution of any claims against the Bright Parties;

NOW THEREFORE, in consideration of the mutual promises hereinafter set forth as well as those set forth in the Turnover Agreement and for other good and valuable consideration, the parties hereby covenant and agree as follows:

1. As used herein, the following terms shall have the following meanings:

    a. "**Claim**" means any and all claims and causes of action, known or unknown, asserted or not asserted, against the Bright Parties or any Bright Party, including but not limited to the claims asserted in the Bright Parties Litigation.

    b. "**Tolling Period**" means the period from the date of this Tolling Agreement through and including the Expiration Date (as hereinafter defined), unless the Tolling Period is terminated sooner or extended by mutual written agreement of the parties hereto.

    c. "**Expiration Date**" means the later of (a) the date on which the Transferred Collateral (as defined in the Turnover Agreement) is fully liquidated; or (b) five years from the date of this Tolling Agreement, or such other date as the parties hereto may from time to time mutually agree upon in writing.

CONFIDENTIAL

TCF001037

d. "**Timing Defense**" means any defense based in whole or in part upon any statute of limitations, repose period, laches, or any other failure to institute or commence litigation or other proceedings within a specified period, before a specified date, or before the happening of a specified event.

2. The Bright Parties stipulate and agree that the running of any statute of limitations, repose period, laches period, or any similar or other period of time in any way related to any Timing Defense shall be suspended and shall not run during the Tolling Period with respect to any Claim brought by Lender against the Bright Parties. The Bright Parties further agrees that in response to any Claim brought by Lender, it/they will not assert any Timing Defense based in whole or in part on the time period from the date of this Tolling Agreement through and including the Expiration Date.

3. Nothing in this Tolling Agreement shall be construed as an admission by the Bright Parties that any Claim could properly be asserted against it/them or that any such Claim would have any basis in law or in fact. Except insofar as this Tolling Agreement relates to Timing Defenses, this Tolling Agreement is not intended to and shall not have any effect whatsoever upon any defense the Bright Parties may assert in response to any Claim in any action or proceeding. This Tolling Agreement does not revive any Claim that would have been barred as of the time of this Tolling Agreement.

4. Nothing in this Tolling Agreement shall be deemed to constitute an admission as to when any of the applicable Timing Defenses began to run with respect to any Claim, or as to whether any Claim would be barred by any applicable Timing Defenses but for this Tolling Agreement.

CONFIDENTIAL

TCF001038

5. This Tolling Agreement shall not be offered or received in evidence, nor shall it be admissible in any judicial, administrative or other proceeding, except for the purpose of enforcement of the terms and provisions hereof.

6. This Tolling Agreement constitutes the entire agreement by and between the parties hereto concerning the tolling of Timing Defenses, and it supersedes any previous agreements or understandings by or between them concerning those matters. There are no agreements, covenants, conditions, or limitations of this Agreement that are not expressly stated herein.

7. This Tolling Agreement may not be amended, extended or otherwise modified without the prior written agreement of each party hereto.

IN WITNESS WHEREOF, the Parties have signed, sealed and delivered this Agreement as of the date specified at the beginning hereof.

**TCF NATIONAL BANK**, a national banking association

By: /s/ William B. Weall
Name: William B. Weall
Title: Vice President

**BRIGHT CARTAGE, INC.**, an Illinois corporation

By: /s/
Name: Robert A. Bright
Title: President

**FOX VALLEY VIEW, INC.**, an Illinois corporation

By: /s/
Name: Robert A. Bright
Title: President

**R.A. BRIGHT CONSTRUCTION, INC.**, an Illinois corporation

By: /s/
Name: Robert A. Bright
Title: President

**R.A. BRIGHT GENERAL CONTRACTORS, LLC**, an Illinois limited company

By: /s/
Name: Robert A. Bright
Title: Manager

**ROBERT A. BRIGHT**, an Illinois resident

By: /s/
Robert A. Bright, Individually

April 7, 2010 Final

**MEADOWVIEW DEVELOPMENT, INC.,**
an Illinois corporation

By: _____
Name: Robert A. Bright
Title: President

April 7, 2010 Final

CONFIDENTIAL

TCF001040